IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:04CR00141-10-JM

J.C. COLLINS

## ORDER

For all the reasons previously stated,[1] which were affirmed by the Court of Appeals for the Eighth Circuit,[2] Defendant's third Motion for Compassionate Release (Doc. No. 963) is DENIED. Furthermore, Defendant's argument about sentencing disparities for methamphetamine is without merit. If sentenced today, Defendant still would have a guideline range of life. Finally, as set out in the October 20, 2020 Order, the § 3553(a) factors weigh against granting compassionate release.[3]

IT IS SO ORDERED, this 29th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 943, 955.

[2] Doc. Nos. 952, 961.

[3] Doc. No. 943.